Notice of Appeal Criminal

CO-290
Rev. 3/88

United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. P-0571336
)
MAX OBUSZEWSKI ET AL )

## NOTICE OF APPEAL

Name and address of appellant:

Perry Aiken Reeve

99901

Name and address of appellant's attorney:

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_Dec 21, 2004_      _PAReeve_
DATE                    APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?     YES ☐     NO ☐
Has counsel ordered transcripts?            YES ☐     NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ☐  NO ☐

RECEIVED
DEC 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

