Attn. Lynn Coln
Fax: 202 354 3008
Ticket # PO546952
Case# 06-006M (Lynn Coln)
Court Date: Dec 21
(4 pages)
January 15, 2006

Judge John Facciola
U.S. District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

**FILED**

JAN 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Honorable John Facciola,

In September, a friend from Peace Corps days,( forty years ago), invited me to attend a hopefully, peaceful visit to the White House, (I was prepared to die, thinking I might get trampled.) I joined her and Unitarians under the auspices of U.N.F.P.J, along with other groups: (United for Peace and Justice,) Veterans for Peace, Gold Star Mothers, Religious and Peace Groups, all of whom are wanting an end to the illegal invasion of Iraq.

Having two sons 28 and 30, who are safe at home, in Alaska, I felt for the parents of young soldiers, risking and losing their lives in an unjust war. I also remembered veteran friends from Vietnam who have suffered the repercussions of that war, I agreed to go to D.C. for them, and join my friend.

I was concerned with the move to allow military personnel to finish their careers by serving in the Peace Corps, and am relieved that folly has been rescinded. I went also because of the unconscionable behavior of our present, corrupt administration. I made the journey, to feel good for the first time since this administration has taken office!

Mid September, I wrote the President to invite him to meet with me. I did not receive a response.

On September 24th, I enjoyed marching with 350,000 to request a stop to the WAR, DESTRUCTION OF OUR CONSTITUTION AND BILL OF RIGHTS.

On September 26th, I thought I would advise President Bush of a way out of Iraq, and made a sign from the late senator George D. Aiken's statement: "Declare Victory, Come Home Now". The President heeded this advice, ( as is evident in the many articles on the subject, including television backdrops that have

epeatedly written behind the President).

sted on the side walk in front of the apparent "Picture Zone." I also
 of an Iraqi 2 year old who was killed in Iraq as well as an Officer
m Texas. I thought it was my first Amendment right to petition and
President.

 that this park regulation, which is buried inside the lengthy Code of
egulations, which forbids and makes criminal "all ... forms of conduct
ive the communication or expression of views or grievances..." clearly
face of the First Amendment to the Constitution: a provision which was
 designed to protect our rights to petition the govt., to protect our rights
ly assemble, to protect our Freedom of Speech, to protect our rights
ercise our religion and pray for peace.

 law just passed in the District of Columbia makes clear, in order for
 have a valid arrest for demonstation without a permit, there must be
 violation besides not having a permit, because the law recognizes
re many demonstrations conducted in the District of Columbia that do
 permit.

 of the Constitution Section 8, it states: To raise and support Armies,
opriation of Money to that Use shall be for a longer Term than two
ny impression we have been killing innocent people in Iraq for three

 ot support the war by paying the fine, which I feel is illegal. I have a
zen to be on the sidewalks of America, this still is America, isn't it?
 due to the Nuremburg Principles to speak up and be accounted for,
he Impeachment of this President and the firing of his administration!

sters degree in Counseling Psychology and have worked as a child
ave read about people who do not have a conscience. Often they
 with their parents in infancy, some were victims of one sort or
ny of them become leaders in religion, politics, social services and
 ead of having the FBI study me, why don't they take a close look at
fficials to see if they might have personality disorders and whether
 re able to pass the test of people applying for citizenship. They
ve not read, care or adhere to their job description.

cern is that half the population come from divorced homes. I feel so
on television look to our leaders as father figures. They want to
d do not want to think they will do wrong.

ou and others that day. I liked your dark eyebrows and tried on three
 give you due credit, you were obviously a nice, reasonable person,
ople complete their statements. I wished you would have
 the honorable feat of agreeing with us, cast your robe aside and
ntinue working under this present leadership. I figured since you
 your wife, she might have not liked you to resign, but then again,
 applauded your opportunity, to go down in the annals of history as a
 I'm certain you will have many opportunities to consider this option.

ed that Prosecutor Michael Harvey was to send out a Discovery
 motions by the 9th of December. On the 16th of December I called
 discovery, my police report and the two cds' I hear were due me,
 didn't arrive in the big packet. I left a message on a telephone
 have never received those items, so it doesn't seem as if the legally
 s were taken, for me to defend myself. He just called!! Sending!!!
 1/20/06

 cult to consider paying the fine. I am willing to go to jail for what I
 /day to make up the $75. fine. If our appeal doesn't allow for
 our case, I would like to know what happens next. If I then would
 and/or six months in jail, please let me know. I would like to know
 nty five plus people who were in the picture zone before me weren't
 blocking the view, as well.

 ommunity service by making the trip to begin with, along with 9 hours
 raints behind my back, a twelve hour detention. it has been, one of
 ts of my life. It's the first time I've felt really good since this
 on has taken office. My parents would be proud of me. My father
 ken edited: The Age of Ideology, wrote: Reason and Conduct,
 t of the University and many other articles that reflected on our
 e 50's and 60's, hearing talk of a revolution being discussed in coffee
 nat time. My stepfather Paul Coughlin, an attorney was a champion
 nd outspoken during the McCarthy Era. He gave advice in Warren
 book about the need to end the Vietnam War. My mother Jean
 tt, Aiken, Coughlin, marched for the ERA, end of the Vietnam War
 oice causes. They all would have been arrested with me along with
 ne I know, if they could have had the opportunity. Death, work,
 ations, and monetary means, keep many from taking the steps I took
 er 26th. When you saw those few of us in the court room, could you
 usands that each of us represented? My conscience dictated that I
 nion on September 26th, I am heartbroken for my country and am
 be "An Ugly American," in the eyes of the rest of the world. I joined
 Corps because I was proud of my country and it hurts to fear for its

Many of the 371 peace activists who were arrested with me have been told they have been dismissed from attending court and paying the fine. I hope you will consider the same justice for me!

Working overseas we were told to not be in a white fog, but on yellow alert. What does it take to impeach this President, I ask you!!!!

I look forward to hearing from you!!!

I wish you a Happy and Peaceful 2006 New Year,

Respectfully yours,

Perry Aiken Reeve

Two two sentences that start with the following, are not in my written letter mailed on the 16th of January. These statements were gleaned from recently received information and may be helpful, if you haven't already heard about them: "We believe that...And as the new law...."