UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Mag. No. 06-mj-00006-JMF-64

v.

PERRY REEVE
_____/

**ORDER**

Upon consideration of the defendant's motion for judgment of acquittal or in the alternative for a new trial, and the government's opposition thereto, it is this _____ day of _____, 2006, hereby

**ORDERED** that the defendant's motion is DENIED.

_____
United States Magistrate Judge

Copies to:

AUSA G. Michael Harvey
555 Fourth Street, NW, Room 4243
Washington, DC 20530

Perry Reeve
P.O. Box 23154
Ketchikan, Alaska 99901

Mark Goldstone, Esq.
Standby Attorney-Advisor for *Pro Se* Defendants
9419 Spruce Tree Circle
Bethesda, MD 20814