UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

PERRY REEVE,

Defendant

Mag. No. 06mj-00006 JMF-64

**FILED**

APR 0 3 2006

ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The court is in receipt of a letter from this defendant who was convicted of violating 36

C.F.R. § 7.96 (2), Demonstrating without a permit. The evidence before me established that the

participants in the demonstration were obviously desirous of being arrested and got their wish. In

a letter to me, however, this defendant announces that it will not pay the fine I imposed and

suggest that I resign, joining in his protest. He says that he has heard that other people who

participated had their cases dismissed. He also complains about not getting a discovery packet.

The United States generously reads the letter as a motion for judgment of acquittal or for

a new trial and urges its denial on the grounds that (1) it was untimely; (2) the evidence of her

guilt was sufficiently established; (3) this defendant never asked for the discovery he now seeks;

(4) given the defendant's trial stipulation that she did not contest her identity or that she was

among the demonstrators the day she was arrested she could not possibly have been prejudiced

by any "failure" to give her discovery. The United States' points are all well taken and require

the denial of defendant's motion. Additionally, I note that the defendant also seems to be

suggesting that the First Amendment bars her arrest. Insofar at that bold statement suggests that

she can protest any where she wants without a permit, she is mistaken. Finally, her claim that

other cases were dismissed and hers was not hardly makes out a case of "selective prosecution." Indeed, had she not been prosecuted, she would have been deprived of the pride she now takes in having been arrested and convicted.

Finally, she asks me what will happen if her appeal is unsuccessful, and she does not pay her fine. I cannot give her legal advice.

_John M. Facciola_

John M. Facciola
United States Magistrate Judge

Dated: 04/03/06

2