06-b-64 (JMF)

July 14, 2006

VIA OVERNIGHT MAIIL

Appeal Brief

Filed by Perry Aiken Reeve
Crim. No. P-0546952
Case no. 06-MJ-00006
In the case of
United States v. Max Obuszewski, et al
Crim. No. P-0571336

**FILED**

JUL 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Your Honor:

My appeal consists of two parts:

1. A copy (enclosed) of the statement I sent to Judge John Facciola on January 15, 2006.
2. My request that you consider the appeal briefs filed by Cindy Sheehan, Max Obuszewski and Lynn Robinson for this case, which I adopt by reference.

Greetings: The briefest brief I can give you since I am not able to afford an Attorney, is the following: On September 26th, 2005, I visited the White House, and tried to "advise" the President that he should: "Declare Victory And Come Home Now!," since he did not respond to my written request to meet with him. He apparently acknowledged my advice and soon thereafter had the back drop of his speeches festooned with the word "Victory."

Since this administration is following in Hitler"s footsteps by both their admission that: "Not as tyrants have we come but as liberators." March 25th, 1938, I am consequently, necessitated to speak up and voice my concern.

(Before the rise of Hitler, there was a breakdown of the German language. By use of language, all the crimes committed in Germany during Hitler's time were made legal. None of the atrocities committed in Nazi Germany were illegal according to German law. In our country members of the Judicial Branch have corrupted our language by making illegal
actions legal by changing the language. For example, calling people held at Guantanamo enemy combatants makes it ok to torture them since " enemy combatants" do not come under the rules of the international

accords which we have signed. These changes were made by Attorney General Gonzalez and Attorney Alieto who now holds a seat on the Supreme Court and their staff of lawyers in our Justice Department. What happened to the belief that we are a nation of law? An excerpt from a letter by Cynthia Banas of New York.)

As mentioned in Cindy Sheehan's brief: Case 1 05 mj-00649-Ak , Document 25 filed 04/24/06 in the U.S. District Court for the District of Columbia: "the National Park Police statute is unconstitutional. " If one wants to question terminology, ei. Demonstrate and Advise, vs. Insurgent and Patriot. The word works for the one in power, to squelch the other.

As a Peace Corps Veteran in an Arab country, 40 years ago, I know that all people are the same the world over, wanting peace, food, health, harmony and shelter, for their family, neighborhood and country.

Our Trade Centers were hit because we had "invaded "Saudi Arabia with our military bases. Now our Oil Executive Administration has orchestrated the demise of another country and its people and are planning to bully their might with nuclear weaponry on other countries. They do not have a "conscience."

As you know this administration has blocked steps to reduce global warming and the demise of our planet! They do not have a conscience!

(Our Constitution is being attacked and ignored by the very leaders who are sworn to uphold the Constitution. For example, Bush has never vetoed a law passed by Congress. Instead Bush signs the bill which then becomes law. But after his signature, is added a postscript called a Signing Statement. If Bush signs this statement it gives him the authority to disregard the law he has just signed. So what is the point of Congress? Why doesn't Bush just make decrees and proclamations. How is Bush's rule any different from a dictators? And what has become of our system of checks and balances? Cynthia Banas of N.Y.)

I personally owe $27,800 of the national debt due to this administration's folly, illegally making their way into the White House with "alleged" ballot fixing and tampering. I request that the courts energies are spent on the initiation of a war crimes tribunal of our administration, at your earliest convenience. As Bush said:  The best part of the past five years was catching a 7 lb. Bass in his pond." He needs to be impeached! His

ignorance and recklessness has broken too many hearts and families around the world, he has made us into "Ugly Americans,!" and the state of our world is at risk.

I request that my case and those 371 who were arrested with me, who were held with our wrists tied behind our backs for 9 hours be exonerated and compensated for the inconvenience, emotional trauma and stress this administration has put on us for not only on the 26th of September but the entire past three years.

Thank you for your consideration!

Respectfully submitted,

*Perry Aiken Reeve*

Attn. Lynn Coln
Fax: 202 354 30088888
Ticket # PO546952
Case# 06-006M (Lynn Coln)
Court Date: Dec 21
(4 pages)
January 15, 2006

Judge John Facciola
U.S. District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Honorable John Facciola,

In September, a friend from Peace Corps days,( forty years ago), invited me to attend a hopefully, peaceful visit to the White House, (I was prepared to die, thinking I might get trampled.) I joined her and Unitarians under the auspices of U.N.F.P.J, along with other groups: (United for Peace and Justice,) Veterans for Peace, Gold Star Mothers, Religious and Peace Groups, all of whom are wanting an end to the illegal invasion of Iraq.

Having two sons 28 and 30, who are safe at home, in Alaska, I felt for the parents of young soldiers, risking and losing their lives in an unjust war. I also remembered veteran friends from Vietnam who have suffered the repercussions of that war, I agreed to go to D.C. for them, and join my friend.

I was concerned with the move to allow military personnel to finish their careers by serving in the Peace Corps, and am relieved that folly has been rescinded. I went also because of the unconscionable behavior of our present, corrupt administration. I made the journey, to feel good for the first time since this administration has taken office!

Mid September, I wrote the President to invite him to meet with me. I did not receive a response.

On September 24th, I enjoyed marching with 350,000 to request a stop to the WAR, DESTRUCTION OF OUR CONSTITUTION AND BILL OF RIGHTS.

On September 26th, I thought I would advise President Bush of a way out of Iraq, and made a sign from the late senator George D. Aiken's statement: "Declare Victory, Come Home Now". The President heeded this advice, ( as is evident in the many articles on the subject, including television backdrops that have

"Victory" repeatedly written behind the President).

I was arrested on the side walk in front of the apparent "Picture Zone." I also had a sign of an Iraqi 2 year old who was killed in Iraq as well as an Officer Gordon from Texas. I thought it was my first Amendment right to petition and advise my President.

We believe that this park regulation, which is buried inside the lengthy Code of Federal Regulations, which forbids and makes criminal "all ... forms of conduct which involve the communication or expression of views or grievances..." clearly flies in the face of the First Amendment to the Constitution: a provision which was specifically designed to protect our rights to petition the govt., to protect our rights to peaceably assemble, to protect our Freedom of Speech, to protect our rights to freely exercise our religion and pray for peace.

As the new law just passed in the District of Columbia makes clear, in order for the police to have a valid arrest for demonstation without a permit, there must be some other violation besides not having a permit, because the law recognizes that there are many demonstrations conducted in the District of Columbia that do not have a permit.

In Article 1 of the Constitution Section 8, it states: To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years. Its my impression we have been killing innocent people in Iraq for three years.

I feel I cannot support the war by paying the fine, which I feel is illegal. I have a right as a citizen to be on the sidewalks of America, this still is America, isn't it? It is my duty due to the Nuremburg Principles to speak up and be accounted for, requesting the Impeachment of this President and the firing of his administration!

I have a Masters degree in Counseling Psychology and have worked as a child therapist, I have read about people who do not have a conscience. Often they did not bond with their parents in infancy, some were victims of one sort or another. Many of them become leaders in religion, politics, social services and theater. Instead of having the FBI study me, why don't they take a close look at our elected officials to see if they might have personality disorders and whether or not they are able to pass the test of people applying for citizenship. They obviously have not read, care or adhere to their job description.

My other concern is that half the population come from divorced homes. I feel so many raised on television look to our leaders as father figures. They want to trust them and do not want to think they will do wrong.

I sketched you and others that day. I liked your dark eyebrows and tried on three occasions to give you due credit, you were obviously a nice, reasonable person, kind to let people complete their statements. I wished you would have considered the honorable feat of agreeing with us, cast your robe aside and refuse to continue working under this present leadership. I figured since you mentioned your wife, she might have not liked you to resign, but then again, might have applauded your opportunity, to go down in the annals of history as a shining star! I'm certain you will have many opportunities to consider this option.

I was informed that Prosecutor Michael Harvey was to send out a Discovery Packet and motions by the 9th of December. On the 16th of December I called requesting discovery, my police report and the two cds' I hear were due me, when they didn't arrive in the big packet. I left a message on a telephone machine. I have never received those items, so it doesn't seem as if the legally correct steps were taken, for me to defend myself. (He just called! "Sending" 1/20/06)

I find it difficult to consider paying the fine. I am willing to go to jail for what I hear is $10./day to make up the $75. fine. If our appeal doesn't allow for dismissal of our case, I would like to know what happens next. If I then would owe $500. and/or six months in jail, please let me know. I would like to know why the twenty five plus people who were in the picture zone before me weren't arrested for blocking the view, as well.

I feel I did community service by making the trip to begin with, along with 9 hours of wrist restraints behind my back, a twelve hour detention. it has been, one of the highlights of my life. It's the first time I've felt really good since this administration has taken office. My parents would be proud of me. My father Henry D. Aiken edited: The Age of Ideology, wrote: Reason and Conduct, Predicament of the University and many other articles that reflected on our culture in the 50's and 60's, hearing talk of a revolution being discussed in coffee houses, at that time. My stepfather Paul Coughlin, an attorney was a champion of Unions and outspoken during the McCarthy Era. He gave advice in Warren Magnuson's book about the need to end the Vietnam War. My mother Jean Flagler, Scott, Aiken, Coughlin, marched for the ERA, end of the Vietnam War and Pro Choice causes. They all would have been arrested with me along with most everyone I know, if they could have had the opportunity. Death, work, family obligations, and monetary means, keep many from taking the steps I took on September 26th. When you saw those few of us in the court room, could you see the thousands that each of us represented? My conscience dictated that I voice my opinion on September 26th, I am heartbroken for my country and am ashamed to be "An Ugly American," in the eyes of the rest of the world. I joined the Peace Corps because I was proud of my country and it hurts to fear for its demise.

Many of the 371 peace activists who were arrested with me have been told they have been dismissed from attending court and paying the fine. I hope you will consider the same justice for me!

Working overseas we were told to not be in a white fog, but on yellow alert. What does it take to impeach this President, I ask you!!!!

I look forward to hearing from you!!!

I wish you a Happy and Peaceful 2006 New Year,

Respectfully yours,

Perry Aiken Reeve   *P A Reeve*


Two two sentences that start with the following, are not in my written letter mailed on the 16th of January. These statements were gleaned from recently received information and may be helpful, if you haven't already heard about them: "We believe that...And as the new law...."