UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 4 - 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CINDY SHEEHAN,<br><br>Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Appellee. | 05-MJ-0649 (AK/TFH) |
| MAX OBUSZEWSKI,<br>LYNN MAXINE ROBINSON,<br>PERRY REEVE,<br>DON G. MULLER,<br>EVAN G. LONG,<br><br>Appellants,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Appellee. | 06-MJ-0006 (JMF/TFH) |

## ORDER

Pending before the Court are the appeals filed by Cindy Sheehan in Case Number 05-MJ-0649 and Max Obuszewski, Lynn Maxine Robinson, Perry Reeve, Don G. Muller, and Evan G. Long in Case Number 06-MJ-0006. For the reasons set forth in the Memorandum Opinion dated

December 19, 2006, it is hereby

    **ORDERED** that the appellants' convictions are **AFFIRMED**.

    **SO ORDERED**.

January 3rd, 2007

Thomas F. Hogan
Chief Judge