01/12/2007 17:08   0355                    FEDERAL                         PAGE 01/02

CO-290
Rev. 3/88

Notice of Appeal Criminal

United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
vs. ) MJ No. 06-MJ-0006-64 (JMF/TFH)
PERRY AIKEN REEVE )

NOTICE OF APPEAL

Name and address of appellant:

PERRY AIKEN REEVE

**FILED**

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant's attorney:

Representing myself

Offense: Attempting to advise the President to Declare Victory and Bring the troops home Now, without a permit, on the sidewalk in front of the White House

Concise statement of judgment or order, giving date, and any sentence (enclosed) Sept 25, 2005

Name and institution where now confined, if not on bail (n/a)

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above stated judgment.

DATE 1/18/07                           APPELLANT PER

                                        ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [ ]
Does counsel wish to appear on appeal?   YES [ ]  NO [ ]
Has counsel ordered transcripts?          YES [ ]  NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]  NO [ ]

$35 pd / $420 outstanding bal {Def not. via phone}