*Mag/Judge Facciola*

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-3018            September Term 2007

06mj00006-64

**Filed On:** April 8, 2008

United States of America,

    Appellee

v.

Perry ~~Aiken~~ Reeve, *Harriet* *Remand*

    Appellant

**FILED**

APR 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BEFORE:** Henderson, Rogers, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the order to show cause filed October 15, 2007, the response thereto, and the motion to dismiss, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that the record be remanded to the district court. Because appellant, who is pro se, filed her notice of appeal outside the ten-day period under Fed. R. App. P. 4(b)(1)(A), but within the 30-day extension period under Fed. R. App. P. 4(b)(4), the record is remanded to the district court for a determination whether the appeal period should be extended under Rule 4(b)(4). See United States v. Long, 905 F.2d 1572, 1575 (D.C. Cir. 1990); see also United States v. Espinosa-Talamantes, 319 F.3d 1245, 1246-47 (10th Cir. 2003). The record indicates that the United States Postal Service attempted to deliver appellant's notice of appeal on the last day of the ten-day period under Rule 4(b)(1)(A), but that delivery was apparently thwarted.

Upon making the finding under Fed. R. App. P. 4(b)(4), the district court shall promptly notify the court of appeals.

**Per Curiam**