UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Appellee,<br><br>v.<br><br>PERRY HARRIET REEVE,<br><br>    Appellant. | Case No. 06-MJ-6-64 (TFH/JMF) |

### ORDER

On April 8, 2008, the United States Court of Appeals for the District of Columbia Circuit ordered this case remanded for a determination whether the appeal period should be extended under Fed. R. App. P 4(b)(4). Accordingly, it hereby is

**ORDERED** that, on or before June 20, 2008, the appellant shall file a brief explaining the reasons for his failure to file a notice of appeal within the ten-day period mandated by Fed. R. App. P. 4(b)(1)(A) and attaching any documents, affidavits, or other such evidence in support thereof.

**SO ORDERED.**

May 29, 2008

                         Thomas F. Hogan
                         United States District Judge