*Let this be filed* — *T Hogan, J 6/20/08*

**RECEIVED JUN 20 2008 CHAMBERS OF THOMAS F. HOGAN**

United States District Court for the District of Columbia
Attention: United States District Judge Thomas Hogan
Re. Case No. 06-MJ-6-64 (TFH/JMF)
June 12, 2008

Greetings Judge Hogan,

**FILED JUN 20 2008 Clerk, U.S. District and Bankruptcy Courts**

In response to your request for substantiation regarding my inability to respond to your request for an appeal letter within ten days of departure from Washington D.C. to Alaska, I enclose the following:

1. My previous letter sent November 13, 2007 from San Rafael, California where I was visiting, to the U.S. Court of Appeals.

2. My letter from the U.S. Court of Appeals, confirming that I attempted to mail the letter on time and that I was within the 30 day alloted extension time.

3. Names and addresses of those I visited while in California for their confirmation of my visit.

I accompanied my 85 year old Aunt Sylvia Scott Moore on the trip to visit her veteran son's widow and her veteran brother's widow.

Sylvia Moore may be contacted at ___ ___ ____. She lives at

My Aunt Elaine Scott resides at ___ ____ ___ ___ ___ ___
___ ___ ___ ___ ___ ___ ___ ___ ___ ____. She plans to move to Corvallis, Oregon where her daughter lives, in the near future. My Uncle Ralph Scott was a pilot in the second world war and prisoner of war in Germany and had passed away within the year.

My aunt's son Michael Hogue, Vietnam Era Veteran had passed away within the year and we visited his wife in Soquel, California.

Her name is Suzy Hogue she resides at _ _ _ _ _ _ _ _ _ _ _ _ _ _
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _. She may be contacted at:
Her cell is _ _ _ _ _ _ _ _ _ _ . It was while visiting her that my aunt
Sylvia Moore fell and ended up in ER at the Dominican Hospital
in Santa Cruz.

We also visited Yone Minami of _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
_ _ _ _ _ _ _ _ _ , with my aunt during that trip. She is in her 90s
and lived with my grandparents while going to college in Berkeley,
California, before being in an internment camp. Her telephone
number is : _ _ _ _ _ _ _ . If you want to speak with her please just
confirm that she knows me and that I visited her in the past with
Sylvia. She should not be required to recall dates.

I also visited in San Rafael, my cousin's daughter who was
teaching in an elementary school, the reason for my posting the
letter there. Her name is Ali Mitchell and she may be reached by
cell at _ _ _ _ _ _ _ _ _ . She lives at _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _,
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

As you can see from this list our family like so many others are
connecting for familial reasons and due to the many losses and
repercussions this War and past Wars have inflicted on our
families. During all of these family crises, I tried to the best of my
ability to make sure I had done everything I needed to do to file a
timely appeal.

Lastly to explain my situation, I was arrested in front of the White
House holding a sign that said: Declare Victory, Come Home
Now. I have spent over $500. in appeal fees to declare that it was
my First Amendment right of Free Speech, and my duty to appeal
to our administration that this was an illegal invasion of an
innocent country. I continue to have an increasing undisclosed
monetary fine levied to me for my misdemeanor that was $75.00
three years ago, when I offered to go to jail in lieu of paying a fine.
I refuse to pay feeling it is my right and duty to address grievances
of criminal behavior on the part of our leaders, similarly stated in
the Nuremburg Principles and Treaty. I felt that attempting to stop
the wrongs of our leaders was more important than not having a
permit. We have done what we can to be heard and have found

only deaf ears during this dreadful administrations tenure. May they one day face a War Crimes Tribunal since impeachment proceedings don't appear to be materializing.

Please let me know if I may assist you in any other way regarding this matter. I appreciate your service to America!

Best regards,

Perry Aiken Reeve
P.O. Box 23154 Ketchikan, Alaska 99901
email: perryreeve@mac.com
cell:

Confirmation Report - Memory Send

```
                                    Page       : 001
                                    Date & Time: Nov-14-2007  14:25
                                    Line 1     : 3606987261
                                    Line 2     :
                                    Machine ID : 3606987261

Job number              :  024

Date                    :  Nov-14 14:24

To                      :  ☎12022198530

Number of pages         :  001

Start time              :  Nov-14 14:24

End time                :  Nov-14 14:25

Pages sent              :  001

Status                  :  OK

Job number    : 024              *** SEND SUCCESSFUL ***
```

Fax to: 202 219 8530
To U.S. Court of Appeals
No 07-3018
Attn Sabrina M. Crisp
Deputy Clerk
Sabrina M. Crisp or
Nancy Dunn

06mj00006-64
No. 07-3018
Nov. 13, 2007

Greetings

I would like to appeal my apparent delay in returning your ten day window request for a letter of appeal.

Correspondence from the East coast to Alaska will often take five days to arrive!

I was accompanying my eighty-nine year old aunt to California to visit her son (a vietnam veterans era) widow and my aunts brothers (WWII prisoner of wars) widow, since both had died within the year. My aunt also fell and was in E.R. in Soquel, Calif. during that time.

By the time I sent a response in San Rafael, Calif. I must have thought I was responding within the time frame allotted.

Possibly I thought I had 10 days to respond upon receiving your correspondence. I know I did spend about $18.50 to send my letter to you by fed ex from San Rafael, Calif. I've presently been with my 99 year old mother in law in the hospital and will once again