UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Appellee,<br><br>v.<br><br>PERRY HARRIET REEVE,<br><br>                Appellant. | Misc. Action No. 06-6-64 (TFH/JMF) |

### ORDER

On April 8, 2008, the United States Court of Appeals for the District of Columbia Circuit ordered this case remanded for a determination whether the appeal period should be extended under Fed. R. App. P 4(b)(4). After considering the entire record in this case, including the letter filed by the defendant on June 20, 2008 [Docket No. 93], and the fact that the defendant is proceeding *pro se*, the Court hereby

**FINDS** that the defendant has demonstrated excusable neglect or good cause to extend the time to file a notice of appeal. Accordingly, it hereby is

**ORDERED** that the time to file a notice of appeal shall be extended for 30 days from the expiration of the time otherwise prescribed by Rule 4(b) of the Federal Rules of Appellate Procedure. It further is

**ORDERED** that the Clerk of the Court promptly notify the United States Court of Appeals for the District of Columbia Circuit about this disposition.

**SO ORDERED.**

August 19th, 2008

_____
Thomas F. Hogan
United States District Judge